UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 15-019 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| STEVEN MILES WHITE, | ) | |
| Defendant. | ) | |

Offense charged:       Felon in Possession of a Firearm

Date of Detention Hearing:    January 26, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.       Defendant is charged by Complaint with being a prohibited person in knowing

DETENTION ORDER
PAGE -1

01 possessing a semi-automatic pistol.  Defendant has a lengthy criminal record which includes

02 six felonies, including assault, unlawful imprisonment, possession of a controlled substance

03 and robbery.   His record includes multiples failures to appear and violations of supervision.

04       2.      Defendant does not have a history of stable employment or residence, and has

05 mental health issues.

06       3.      Defendant poses a risk of nonappearance due to residence instability, lack of

07 gainful employment, drug use and mental health issues, as well as lack of success in past

08 supervision.  Defendant poses a risk of danger due to criminal record and the nature of the

09 instant charges.

10       4.      There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the

12 danger to other persons or the community.

13 It is therefore ORDERED:

14   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

15       General for confinement in a correction facility separate, to the extent practicable, from

16       persons awaiting or serving sentences or being held in custody pending appeal;

17   2.  Defendant shall be afforded reasonable opportunity for private consultation with

18       counsel;

19   3.  On order of the United States or on request of an attorney for the Government, the

20       person in charge of the corrections facility in which defendant is confined shall deliver

21       the defendant to a United States Marshal for the purpose of an appearance in connection

22       with a court proceeding; and

DETENTION ORDER
PAGE -2

01    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Pretrial Services

03        Officer.

04        DATED this 26th day of January, 2015.

05

06

07                                   Mary Alice Theiler
                                   Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3