Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-00024TSZ |
| Plaintiff, | ) ORDER GRANTING STIPULATED |
| vs. | ) MOTION TO CONTINUE TRIAL AND |
| | ) PRETRIAL MOTIONS DEADLINE |
| STEVEN WHITE, | ) |
| Defendant. | ) |

THIS MATTER having come before the Court on the stipulated motion of the parties for a continuance of the trial and the pretrial motions due date, docket no. 17, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by Mr. White, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE   - 1
(*Steven White*, CR 15-00024TSZ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively present all mitigating factors to the defendant, and for effective preparation in the event of a trial. All of these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from April 13, 2015, to May 11, 2015, and pretrial motions are to be filed no later than April 6, 2015.

IT IS FURTHER ORDERED that the resulting period of delay from the current trial date of April 13, 2015, until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 1st day of April, 2015.

THOMAS S. ZILLY
United States District Judge

Presented by,

s/ *Paula Deutsch*
Paula Deutsch, WSBA No. 23940
Attorney for Steven White
Office of the Federal Public Defender


s/ *Thomas Woods*
Assistant United States Attorney
*Per electronic authorization*

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE   - 2
(*Steven White*, CR 15-00024TSZ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100