The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STEVEN NEIL MILES WHITE,<br><br>Defendant. | NO. CR15-024TSZ<br><br>**ORDER REGARDING PENDING SUPERVISED RELEASE VIOLATIONS** |

The Court, having considered the parties' stipulation, docket no. 44, hereby orders as follows: the Court accepts the admissions to the supervised release violations as set forth in the stipulation. The Court further quashes the warrant, docket no. 40, and orders that the terms of supervision continue in full effect.

DATED this 23rd day of August, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney