UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN NEIL MILES WHITE,<br>Defendant. | CR15-24 TSZ<br>ORDER |

Defendant Steven White's second motion for early termination of supervised release, docket no. 67, is DENIED for the reasons stated in the Probation Officer's memorandum dated September 28, 2026, docket no. 69

The Clerk is directed to send a copy of this Order to all counsel of record and to the Probation Officer.

IT IS SO ORDERED.

Dated this 27th day of October, 2026.

Thomas S. Zilly
United States District Judge